UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JHONY HURTADO GOMEZ,

                    Petitioner,

        v.

JULIO HERNANDEZ, *et al.*,

                    Respondents.

Case No. C26-2082-MLP

ORDER STRIKING MOTION TO
ENFORCE JUDGMENT

On June 12, 2026, Petitioner Jhony Hurtado-Gomez filed, through counsel, a petition for writ of habeas corpus under 28 U.S.C. § 2241 in which he challenged, *inter alia*, an immigration judge's June 1, 2026, bond denial as constitutionally inadequate. (Dkt. # 1.) On July 20, 2026, this Court issued an Order granting in part Petitioner's petition and ordering that Respondents provide Petitioner a constitutionally adequate bond hearing under 8 U.S.C. § 1226(a) or release him under an order of supervision. (*See* dkt. # 11.) The immigration court held the hearing on July 23, 2026.

On August 8, 2026, Petitioner filed a motion to enforce this Court's prior Order on the grounds that the bond hearing was constitutionally deficient. (Dkt. # 15.) He contends that the immigration judge failed to meaningfully explain their decision, discuss or evaluate the evidence

ORDER STRIKING MOTION - 1

presented, apply the governing legal standards, and consider all relevant evidence submitted. (*Id.* at 2.) Petitioner filed an accompanying Motion to Seal certain exhibits attached to the Motion to Enforce. (Dkt. # 17.)

While the federal rules authorize the Court to enforce a judgment by ordering the performance of a specific act, that authority is triggered "only when a party refuses to comply with [the] judgment." Fed. R. Civ. P. 70(a); *Rose v. Guyer*, 961 F.3d 1238, 1245 (9th Cir. 2020). Here, the Court's prior judgment required Respondents to provide Petitioner with a bond hearing under § 1226(a), which they did on July 23, 2026. Any challenge to the legal sufficiency of that hearing should be raised in a new habeas petition. *See Velasquez O v. Ice Field Office*, 2026 WL 1834287, at *1 (W.D. Wash. June 25, 2026). Petitioner can file a renewed motion to seal with the new habeas petition, should he deem it necessary.

Accordingly, the Court ORDERS as follows:

(1)    Petitioner's motion to enforce this Court's prior Order (dkt. # 15) is STRICKEN.

(2)    Petitioner's related Motion to Seal (dkt. # 17) is STRICKEN.

(3)    The Clerk shall send copies of this Order to all counsel of record.

DATED this 12th day of August, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER STRIKING MOTION - 2